Laura C. Rucker, appellee, v. City of Chicago, appellant. Gen. No. 38,103.

Opinion filed November 20, 1935.
William H. Sexton, Corporation Counsel, and A. M. Smietanka, City Attorney, for appellant; Quin O'Brien, Adam E. Patterson, and Michael W. Kaveney, Assistant Corporation Counsel, of counsel. Raymond C. Schnell, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

Barbara Patchen, appellant, v. Gordon F. Patchen, appellee. Gen. No. 38,126.

Opinion filed November 20, 1935.
Frank T. Sharp, for appellant. Lloyd A. Faxon, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

Harold A. Freevol and Sam Smedberg, trading as Freevol and Smedberg, defendants in error, v. Minnie R. Garner, plaintiff in error. Gen. No. 38,137.

Opinion filed November 20, 1935.
Rehearing denied December 4, 1935.
Otto G. Ryden, for plaintiff in error. Harry A. Biossat, for defendants in error.
Mr. Justice Hebel delivered the opinion of the court.

Le Roy Lewis, appellee, v. Lieberson Novelty Company, appellant. Gen. No. 38,173.

Opinion filed November 20, 1935.
Turner & Turner, for appellant. John B. Fruchtl, for appellee.
Mr. Justice Hebel delivered the opinion of the court.